**FILED**

FEB 11 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1999 Lexus SUV, Color: White <br> License Plate Number: 4GTE305 <br> VIN: JNKBY01EX8M500746 | CASE NO. 2:14-SW-0082 CKD <br><br> SEALING ORDER <br><br> **SEALED** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 2/11/2014

CAROLYN K. DELANEY
United States Magistrate Judge