BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1999 Lexus SUV, Color: White<br>License Plate Number 4GTE305<br>VIN: JNKBY01EX8M500746 | CASE NO.  2:14-SW-0082 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant, Search Warrant Affidavit is GRANTED.

Dated: February 21, 2014

HON. CAROLYN K. DELANEY
U.S. Magistrate Judge

**FILED**
FEB 2 1 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK